# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

BENITA JOHNSON

       Plaintiff

  v.

                                                  Civil Action No.  1:23-cv-44

AMERICAN SENIOR COMMUNITIES, LLC

       Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff _____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

_X_ Other:  Judgment ENTERED in favor of American Senior Communities, LLC and against Benita Johnson.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Chief Judge Holly A Brady on Motion for Summary Judgment.

DATE: 7/12/2024                            CHANDA J. BERTA, CLERK OF COURT

                                                    by   s/A. Highlen_____
                                                    *Signature of Clerk or Deputy Clerk*